IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER S. BURCH, § <br> § <br> Plaintiff, § <br> § <br> v. §     Civil Action No. 7:21-cv-00002-M-BP <br> § <br> KLS MARTIN, LP, § <br> § <br> Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motion to Dismiss (ECF No. 18) is **GRANTED in part**, and counts two, four, and five of the Amended Complaint (ECF No. 13) are **DISMISSED**. The Motion to Dismiss is **DENIED in part** as to counts one and three of the Amended Complaint.

**SO ORDERED.**

DATED:  December 10, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE